Dismissed and Memorandum Opinion filed August 24, 2006








Dismissed
and Memorandum Opinion filed August 24, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00688-CV

____________

 

STEPHEN E. HORNE, Individually and
as Assignee of DALE D. BOUTORWICK, Appellants

 

V.

 

COLE NORMAN, Individually and d/b/a
NORMAN RACING STABLE, Appellees

 



 

On Appeal from the 270th District Court

Harris County, Texas

Trial Court Cause No. 03-70167

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed May 8, 2006.  On August 16, 2006, the parties
filed a joint agreed motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed August
24, 2006.

Panel consists of Chief Justice Hedges and Justices Seymore and Guzman.